IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CITIGROUP, INC.**,

    **Plaintiff,**

  vs.                                         **Civil Action 2:12-cv-0300**
                                                   **Judge Marbley**
                                                   **Magistrate Judge King**

**UNITED STATES OF AMERICA,**

    **Defendant.**

## ORDER

Upon joint motion, Doc. No. 10, this action is hereby **STAYED** pending resolution of *United States v. Quality Stores, Inc*., Case No. 10-1563, currently pending in the United States Court of Appeals for the Sixth Circuit.

The parties are **DIRECTED** to report on the status of this case within thirty (30) days of the issuance of a decision in *Quality Stores*.

Defendant may have until thirty (30) days after the stay is lifted to respond to the *Complaint*.

                                                     *s/Norah McCann King*
                                                     Norah M$^c$Cann King
                                           United States Magistrate Judge

Date: May 22, 2012